

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2023

_**Via PACER**_

May 19, 2023

Hon.  Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **GIBSON V. RIVER AND HILLS et al**
          **1:23-cv-348 (MKV)**
          **Joint Letter Request**

Hon. Mary Kay Vyskocil:

My office represents Plaintiff in the above referenced matter. We write to request a two-week extension of the parties' time to file an executed stipulation of discontinuance. Defendants join in this request.

The entirety of the settlement agreement has been prepared and approved by the parties; we await client signatures. We would certainly understand if this extension is marked "final" and and we appreciate the Court's patience in permitting the parties to proceed to settlement in an amicable and efficient fashion.

My office remains available should any further information be required. Thank you for your time and consideration.

**The deadline to move to reopen this case is ADJOURNED to June 2, 2023.  The parties do <u>not</u> need to file an executed stipulation of discontinuance on or before that date.  As specified in this Court's Order at ECF No. 20, if the parties do not move to restore this action or or before that date, this action will be dismissed with prejudice.**

Respectfully Submitted,

BELL LAW GROUP, PLLC

*Daniel Johnston*

Daniel A. Johnston, Esq.

Date: 5/22/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge